United States District Court
Southern District of Texas
FILED

JUN 18 2019

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. M-19-1094 |
| RONNIE JOE GOMEZ<br>DAVID SALINAS<br>GEORGE VILLANUEVA | § § § | |

## SEALED INDICTMENT

### COUNT ONE
### WIRE FRAUD

On or about February 10, 2015, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

**RONNIE JOE GOMEZ**

aided and abetted by others known and unknown to the Grand Jury, did knowingly devise and intend to devise a scheme and artifice to defraud Ford Credit and obtain money by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme did use and cause to be used in interstate commerce wire communications containing writings, signs, signals, and pictures in furtherance of the scheme, including email communications via MSN and GMail containing falsified proof of income pertaining to a purchase of a motor vehicle by customer C.C. from Spikes Ford utilizing Ford Credit as the financing entity.

All in violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT TWO
## WIRE FRAUD

On or about February 5, 2015, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

### DAVID SALINAS

aided and abetted by others known and unknown to the Grand Jury, did knowingly devise and intend to devise a scheme and artifice to defraud Ally Financial, Inc. and obtain money by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme did use and cause to be used in interstate commerce wire communications containing writings, signs, signals, and pictures in furtherance of the scheme, including email communications via MSN and GMail containing falsified proof of income pertaining to a purchase of a motor vehicle by customer J.R. from Spikes Ford utilizing Ally Financial, Inc. as the financing entity.

All in violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT THREE
## WIRE FRAUD

From on or about April 9, 2012 to on or about May 1, 2012, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

### GEORGE VILLANUEVA

aided and abetted by others known and unknown to the Grand Jury, did knowingly devise and intend to devise a scheme and artifice to defraud Navy Army Community Credit Union and obtain money by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme did use and cause to be used in interstate commerce wire

communications containing writings, signs, signals, and pictures in furtherance of the scheme, including email communications via Yahoo and MSN containing falsified proof of income pertaining to a purchase of a motor vehicle by customer R.A. from Hacienda Ford utilizing Navy Army Community Credit Union, a financial institution, as the financing entity.

All in violation of Title 18, United States Code, Sections 1343 and 2.

**NOTICE OF FORFEITURE**
**18 U.S.C. § 982(a)(2)**

Pursuant to Title 18, United States Code, Section 982(a)(2), the United States gives notice to defendants,

**RONNIE JOE GOMEZ**
**DAVID SALINAS**
**and**
**GEORGE VILLANUEVA**

that upon conviction of the offenses charged in Counts 1, 2, and 3, the United States intends to seek forfeiture of all property constituting or derived from proceeds obtained, directly or indirectly, as the result of such offenses.

**Money Judgment**

Defendants are notified that upon conviction, a money judgment may be imposed equal to the total value of the property subject to forfeiture.

**Substitute Assets**

Defendants are notified that in the event that property subject to forfeiture, as a result of any act or omission of the defendants,

    (A) cannot be located upon the exercise of due diligence;

    (B) has been transferred or sold to, or deposited with, a third party;

(C) has been placed beyond the jurisdiction of the court;

(D) has been substantially diminished in value; or

(E) has been commingled with other property which cannot be divided without difficulty,

the United States will seek to forfeit any other property of the defendants up to the total value of the property subject to forfeiture, pursuant to Title 21, United States Code, Section 853(p), incorporated by reference in Title 18, United States Code, Section 982(b)(1).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

*Frances E. Blake*
ASSISTANT UNITED STATES ATTORNEY